**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
FIRST AMENDED PLAN

DEBTOR: Juan Delgado          JOINT DEBTOR:_____          CASE NO.: 13-22469-LMI
Last Four Digits of SS# 3229          Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A. $ 153.75 for months  1  to  60 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,650.00 +$775.00 (Motion to Value)+$4,425.00  TOTAL PAID $ 2,500.00
   Balance Due   $ 1,925.00 payable $ 120.31 /month (Months 1 to 16 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  NONE_____        Arrearage on Petition Date   $
Address:_____         Arrears Payment   $_____/month (Months ____ to ____ )
   _____              Regular Payment   $_____/month (Months ____ to ____ )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Great Florida Bank | Homestead: 6241 NW 37th Terrace Virginia Gardens, FL 33166 $145,000.00 | 0 % | $0.00 | None | Strip Off Mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1.  NONE_____    Total Due $
                          Payable       $_____/month (Months___ to ___) Regular Payment $

Unsecured Creditors: Pay $ 18.06 /month (Months  1  to  16 ),Pay $ 138.37 /month (Months  17  to  60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Wells Fargo and Bank of the West is being paid directly outside the plan. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq._____
Debtor                                    Joint Debtor
Date:  11/28/13_____                Date:_____

LF-31 (rev. 01/08/10)